**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SARAH PARKER, an individual, | Case No. 2:26-cv-01585-ART-NJK |
| Plaintiff, | **ORDER GRANTING** |
| v. | STIPULATION TO STAY CASE AND PROCEED TO ARBITRATION |
| FOUNDEVER OPERATING CORPORATION, a Delaware corporation, | |
| Defendant. | [FIRST REQUEST] |

Plaintiff, SARAH PARKER ("Plaintiff"), and Defendant FOUNDEVER OPERATING CORPORATION ("Foundever") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby agree and stipulate:

WHEREAS Plaintiff entered into an agreement to arbitrate all disputes arising out of or relating to Plaintiff's employment or termination of employment from Defendant (the "Arbitration Agreement"), and the claims alleged in this action fall within the scope of the Arbitration Agreement, it is hereby stipulated by and between the Parties and ORDERED as follows:

1.     The instant action, in its entirety, shall be stayed and submitted to binding and final arbitration pursuant to the terms of the Arbitration Agreement;

2.     Nothing in this Stipulation shall serve as a waiver of Plaintiff's claims or

Defendant's defenses; and

    3.     Each party shall bear its own fees and costs before the Court as of this date.

Dated: June 17, 2026

Respectfully submitted,


*/s/ Coco Padilla*
Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
Jorge "Coco" Padilla, Esq.
GREENBERG GROSS LLP

Attorneys for Plaintiff
SARAH PARKER

Dated: June 17, 2026

Respectfully submitted,


*/s/ Shannon Chao*
Roger L. Grandgenett, Esq.
Shannon Chao, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
FOUNDEVER OPERATING
CORPORATION

**IT IS SO ORDERED.**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: June 22, 2026

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

2

4933-0329-6437.1 / 114832.1078